No. 92–1487. BUTLER, INDIVIDUALLY AND ON BEHALF OF BUTLER, A MINOR, ET AL. *v.* MEDLEY ET AL. Sup. Ct. La. Certiorari denied.

No. 92–1490. BURKE *v.* JACOBY. C. A. 2d Cir. Certiorari denied.

No. 92–1493. STEINBERGH ET AL. *v.* CITY OF CAMBRIDGE, MASSACHUSETTS, ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 92–1495. AMERICAN WASTE & POLLUTION CONTROL CO. *v.* OUACHITA PARISH POLICE JURY. Ct. App. La., 2d Cir. Certiorari denied.

No. 92–1501. DEAN WITTER REYNOLDS INC. ET AL. *v.* ROSENTHAL. C. A. 10th Cir. Certiorari denied.

No. 92–1502. GARLOCK INC. *v.* POOL ET AL. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 92–1503. KAISER ALUMINUM & CHEMICAL CORP. *v.* WESTINGHOUSE ELECTRIC CORP. C. A. 4th Cir. Certiorari denied.

No. 92–1506. CITY OF LAWRENCEVILLE, GEORGIA, ET AL. *v.* GWINNETT 316 ASSOCIATES. Sup. Ct. Ga. Certiorari denied.

No. 92–1509. GREENE ET AL. *v.* BENFIELD ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1513. REYNOLDS ET AL. *v.* CONDIE, SHERIFF OF LA-SALLE COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1514. COMPUTER HEAVEN, INC., ET AL. *v.* CRESTAR BANK, SUCCESSOR IN INTEREST TO UNITED VIRGINIA BANK. Sup. Ct. Va. Certiorari denied.

No. 92–1517. W. M. SCHLOSSER CO., INC. *v.* SCHOOL BOARD OF FAIRFAX COUNTY, VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 92–1520. BROSS ET AL. *v.* SMITH ET AL. Ct. App. Ohio, Butler County. Certiorari denied.